IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT LEE WRIGHT, III,

    Plaintiff,

v.                                        4:24cv132–WS/MJF

MARTIN A. FITZPATRICK,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 5) docketed March 25, 2024. The magistrate judge recommends that this case be dismissed for failure to state a claim upon which relief may be granted. Plaintiff has since filed a number of motions and other documents (ECF Nos. 7–9, 11–13, 15, 17) none of which cast doubt on the magistrate judge's determination that Defendant Fitzpatrick is entitled to absolute judicial immunity from this damages action, that amendment of Plaintiff's complaint would be futile, and that dismissal of the case is required under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1). Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 5) is hereby ADOPTED and incorporated by reference into this order.

2. Plaintiff's complaint and this action are hereby DISMISSED pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b) for failure to state a claim.

3. All pending motions are DENIED.

4. The clerk shall enter judgment stating: "All claims are dismissed."

5. The clerk shall close the case.

DONE AND ORDERED this __30th__ day of __April__, 2024.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE